IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEROME CLINGER and TINA CLINGER, Husband and Wife, DARYL THOMPSON, GARTH THOMPSON, CHRIS THOMPSON, PAUL THOMPSON, KURT THOMPSON, JOHN THOMPSON, RON THOMPSON, F. CECIL TONER and KEVIN TONER, WINSTON INOUYE (dba I-2 Ranches), and INOUYE FARMS, INC., DON WRIGLEY, JAY WRIGLEY and GAYLE WRIGLEY, TRACEY FUNK and RON FUNK, ROLAND BEAN FARMS, BEAN FARMS, INC., DENISE BEAN, BRIAN BEAN and WAYNE BEAN,<br><br>        Petitioners,<br><br>   v.<br><br>FARM SERVICE AGENCY, an Agency of The United States Department of Agriculture,<br><br>        Respondent. | Case No. CV-04-424-E-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Petitioners' motion for summary judgment (Docket No. 32) is

**Judgment - 1**

GRANTED, and the Respondent's motion for summary judgment (Docket No. 31) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to quash (Docket No. 17) is DEEMED MOOT.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Respondent's Request for Prior Court Approval of Costs (Docket No. 21) is DENIED.

DATED: **March 8, 2006**



_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 2**